■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINH MINH CAO, Also Known as MINH VINH CAO, Appellant. —Judgment, Supreme Court, New York County (John Bradley, J., at trial and sentence; Shirley Levittan, J., on motion to dismiss), rendered on February 13, 1986, unanimously affirmed. The request for oral argument is denied. No opinion. Concur—Murphy, P. J., Sullivan, Ross, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK DAVIS, Appellant.—Upon remittitur from the Court of Appeals, de novo consideration of the defendant's appeal from a judgment of the Supreme Court, Bronx County (Alexander Chananau, J.), rendered on March 9, 1983, is to be recalendared for a hearing before a new panel of this court for reargument. Poor person relief continued and new counsel assigned all as indicated in this court's order. No opinion. Concur—Kupferman, J. P., Asch, Kassal, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISHMAIL MUHAMMED, Also Known as ISMAIL MUHAMMED, Also Known as ISHMAEL MUHAMMED, Appellant.—Judgment, Supreme Court, New York County (Peter McQuillan, J.), rendered on May 16, 1984, unanimously affirmed. The application by appellant with respect to filing a revised *pro se* supplemental brief has been granted. No opinion. Concur—Ross, J. P., Asch, Kassal, Ellerin and Smith, JJ.